of the New York Court of Appeals, p 394 [rev ed, 1952]). Defendant, therefore, may appeal as of right pursuant to CPLR 5601 (subd [a], par [iii]). On the other hand, our modification did not aggrieve plaintiff either by restricting the arbitration or by substituting a stay for dismissal of the action. Hence, as to plaintiff, the balance of our decision constituted unanimous affirmance necessitating leave to appeal, even though our order was final for purposes of appeal to the Court of Appeals. Defendant's motion is denied on the ground that he may appeal as of right. Had we not reached that conclusion, we would have granted leave in any event. Plaintiff's cross motion for leave to appeal is granted on the ground that there is a question of law involved that ought to be reviewed by the Court of Appeals. The arbitration is stayed pending decision of the further appeal and cross appeal. Concur—Stevens, P. J., Kupferman, Birns, Capozzoli and Markewich, JJ.

## (March 8, 1977)

■ In the Matter of CLAYTON BYRD et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 26, 1976, unanimously affirmed, without costs and without disbursements, on the memorandum of Hughes, J., at Special Term. Concur—Kupferman, J. P., Silverman, Lane and Nunez, JJ.

■ In the Matter of NEW YORK COUNTY DISTRICT ATTORNEY, Respondent, v ADDICTION RESEARCH AND TREATMENT CORPORATION, Appellant.— Orders, Supreme Court, New York County, entered on November 19, 1976 and December 7, 1976, respectively, unanimously affirmed on the opinion of G. Roberts, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Lane and Nunez, JJ.

■ ERNEST J. BRACA, JR., et al., as Executors of ERNEST J. BRACA, Deceased, Appellants, v MAY G. BRACA, Respondent, et al., Defendants.— Judgment, Supreme Court, New York County, entered on August 4, 1976, unanimously affirmed on the opinion of Stecher, J., on reargument, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Lane and Nunez, JJ.

■ In the Matter of OCEANAIRE BUILDING CORPORATION, Appellant, v CHARLES J. HYNES, Respondent.—Judgment, Supreme Court, New York County, entered on December 1, 1976, unanimously affirmed for the reasons stated by Melia, J., at Criminal Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Lane and Nunez, JJ.

■ In the Matter of ARTHUR FRIEDMAN et al., Respondents, v HI-LI MANOR HOME FOR ADULTS, Appellant.—Judgment, Supreme Court, New York County, entered on December 1, 1976, unanimously affirmed for the reasons stated by Melia, J., at Criminal Term. Petitioners-respondents shall recover of respondent-appellant $40 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Lane and Nunez, JJ.

■ In the Matter of ARTHUR FRIEDMAN et al., Respondents, v ISRAEL LEFKOWITZ, Doing Business as PALM BEACH HOME FOR ADULTS, Appellant.— Judgment, Supreme Court, New York County, entered on December 1, 1976, unanimously affirmed for the reasons stated by Melia, J., at Criminal Term. Petitioners-respondents shall recover of respondent-appellant $40 costs and